United States District Court

Eastern District of California

Juan D. Zarco,

     Plaintiff,                    No. Civ. S 05-1347 GEB PAN P

  vs.                               Order

E.S. Alameida, Jr., et al.,

     Defendants.

-oOo-

Plaintiff, a state prisoner without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests leave to proceed in forma pauperis.

Plaintiff alleges a violation of his civil rights in Tehachapi, California. Tehachapi is in the Fresno Division of this court and the action should have been commenced there. See Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed in forma pauperis.

Accordingly, the court hereby orders that:

1   1.  This action is transferred to the Fresno Division.
2   2.  The clerk of court shall assign a new case number.
3   3.  All future filings shall reference the new case number
4  and shall be filed at:

>           United States District Court
>           Eastern District of California
>           1130 "O" Street
>           Fresno, CA 93721

Dated:  July 12, 2005.

>                     /s/ Peter A. Nowinski
>                     PETER A. NOWINSKI
>                     Magistrate Judge