United States District Court

Eastern District of California

Juan D. Zarco,

    Plaintiff,                                  No. Civ. S 05-1347 GEB PAN P

   vs.                                          Order

E.S. Alameida, Jr., et al.,

    Defendants.

-oOo-

    Plaintiff, a state prisoner without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests leave to proceed in forma pauperis.

    Plaintiff alleges a violation of his civil rights in Tehachapi, California.  Tehachapi is in the Fresno Division of this court and the action should have been commenced there.  <u>See</u> Local Rule 3-120(b).  The court has not yet ruled on plaintiff's request to proceed in forma pauperis.

    Accordingly, the court hereby orders that:

1       1.   This action is transferred to the Fresno Division.

2       2.   The clerk of court shall assign a new case number.

3       3.   All future filings shall reference the new case number
4  and shall be filed at:

               United States District Court
               Eastern District of California
               1130 "O" Street
               Fresno, CA 93721

        Dated:  July 12, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

2